Cecilia Mangaoang
2901 Capewood Lane
San Jose, CA 95132-1108
(408) 876-9950



# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re: Cecilia Mangaoang      Bk. Number: 18-52245

Cecilia Mangaoang, Appellant,      Adv. Number: 18-05062
v.
Newport Beach Holdings, LLC;      BAP Number: NC-18-1309
Wilmington Trust, NA 2007-AR3;
Trinity Financial Services, LLC,
Appellees

## STATEMENT OF ISSUES ON APPEAL

The issues on appeal are the following:

1. Whether clear and convincing evidence was provided to rebut the presumption "that the case was not filed in good faith under 11 U.S.C. § 362(c)(3)" where Debtor's "financial obligations have increased significantly due to the loss of a loan modification;"

2. Whether Debtor's financial obligations increased significantly due to the loss of a loan modification;

3. Whether Debtor lost a loan modification.

4. The underlying debt is in dispute in the Adversary Proceeding 18-05062.

5. Debtor's attorney Mr. Downing failed to properly present the evidence,

1

and now he's quit. Had he properly presented the evidence, then the presumption referred to in paragraph (1) above would have been rebutted.

Executed on: January 2, 2019

By: *Cecilia Mangaoang*
Cecilia Mangaoang

# CERTIFICATE OF SERVICE

I hereby certify that on the date last written below I served a true and correct copy of the foregoing via ordinary first class mail postage prepaid to the following parties:

Devin Derham-Burk, Trustee
P.O. Box 50013
San Jose, CA 95150-0013

U. S. Trustee' Office / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Newport Beach Holdings, LLC
c/o Rafael Ramon Garcia Salgado
Burke, Williams and Sorenson, LLC
1851 E First St. #1550
Santa Ana, CA 92705-4067

TRINITY FINANCIAL SERVICES, LLC
c/o Richard J. Reynolds
Burke, Williams and Sorenson, LLC
1851 E First St. #1550
Santa Ana, CA 92705-4067

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 94165-0250

Wilmington Trust, NA 2007-AR3
c/o Robert P. Zahradka
Tiffany & Bosco, P.A.
1230 Columbia Street, Suite 680
San Diego, CA 92101

Executed: January 2, 2019.

/s/ _Armida Mangaoang_
Armida Mangaoang