ORIGINAL



FILED

JAN 09 2019

CLERK
United States Bankruptcy Court
San Jose, California

Cecilia Mangaoang
2901 Capewood Lane
San Jose, CA 95132-1108
(408) 876-9950

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re: Cecilia Mangaoang

    Debtor.

Case Number: 18-52245
Chapter: 13

Adv. Number: 18-05062
BAP Number: NC-18-1309

Date: (not set) _____/_____/2019
Time: (not set) _____
Court: Hon. M. Elaine Hammond

## REVOCATION OF POWER OF ATTORNEY OF

## JOHN GREGORY DOWNING

I, Cecilia Mangaoang, Debtor, hereby serve notice to this court and to John Downing of REVOCATION OF POWER OF ATTORNEY OF JOHN GREGORY DOWNING.

This document acknowledges and constitutes notice that the Debtor hereby revokes, rescinds and terminates certain power-of-attorney and all authority, rights and power thereto effective this date.

On January 31, 2018 and on October 4, 2018, I retained Mr. Downing to

1

protect my home from threatened foreclosure. He filed two (2) bankruptcies under Chapter 13.

However, Mr. Downing failed to file proper plans, schedules, or motions adequate to prevent foreclosure. The plans he did file, failed to include payments to either my first lender, Wilmington Trust, or to my first lender's servicer, Select Portfolio Servicing, Inc., or to my second mortgagee, Newport Beach Holdings, LLC. Mr. Downing failed to assist me in reorganizing my debt.

Subsequently, on November 5, 2018 my home was foreclosed by second mortgagee Trinity Financial, LLC (purported successor to Newport Beach Holdings, LLC) and I am now fighting an Unlawful Detainer Complaint (eviction) in Santa Clara County Supreme Court.

Recently, Mr. Downing said that he could do nothing more for me.

As a result of all of the above, I am embroiled in irreconcilable conflict with Mr. Downing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. 1746.

Executed on: January 9, 2019    By: _____
                                                                         Cecilia Mangaoang, pro se

///
///
///
///
///

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Santa Clara___ )

On ___JAN-9th 2019___ before me, ___BHAVANA R. PATEL (NOTARY PUBLIC)___
(insert name and title of the officer)

personally appeared ___Cecilia Mangaoang___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Bhav[signature]___   (Seal)

BHAVANA R. PATEL
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2182700
SANTA CLARA COUNTY
My Comm. Exp. March 9, 2021

CERTIFICATE OF SERVICE

      I hereby certify that on the date last written below I served a true and correct copy of the foregoing via hand delivery and/or ordinary first class mail postage prepaid to the following parties:

Attorney John G. Downing, CSB #157717     VIA: HAND DELIVERY
2021 The Alameda #200
San Jose, CA 95126

Office of the Clerk
U. S. Bankruptcy Court
280 South 1st Street, 3rd Floor
San Jose, CA 95113

Devin Derham-Burk, Trustee
P.O. Box 50013
San Jose, CA 95150-0013

U. S. Trustee' Office / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Burke, Williams & Sorenson, LLP
c/o Newport Beach Holdings, LLC
1851 East First St. #1550
Santa Ana, CA 92705-4067

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Newport Beach Holdings, LLC
2618 San Miguel Drive, Suite 319
Newport Beach, CA 92660

Newport Beach Holdings, LLC
c/o Rafael Ramon Garcia Salgado

4

Burke, Williams and Sorenson, LLC
1851 E First St. #1550
Santa Ana, CA 92705-4067

TRINITY FINANCIAL SERVICES, LLC
c/o Richard J. Reynolds
Burke, Williams and Sorenson, LLC
1851 E First St. #1550
Santa Ana, CA 92705-4067

San Jose Water Company
25954 Eden Landing Road, First Floor
Hayward, CA 94541

SCC Tax Collector
6th Floor East Wing
70 West Hedding Street
San Jose, CA 95110-1767

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250

Robert P. Zahradka
Tiffany & Bosco, P.A.
1230 Columbia Street, Ste 680
San Diego, CA 92101

Wilmington Trust, NA 2007-AR3
c/o Tiffany & Bosco, P.A.
1230 Columbia Street, Suite 680
San Diego, CA 92101

Wilmington Trust, NA, successor trustee to
Citibank, N.A. as trustee
Select Portfolio Servicing Inc
PO Box 65250
Salt Lake City UT 84165-0250

Executed: January 9, 2019.

/s/ _____
Armida Mangaoang
2901 Capewood Lane
San Jose, CA 95132

5