John Gregory Downing (State Bar No. 157717)
DOWNING LAW OFFICES
2021 The Alameda, Suite 200
San Jose, CA 95126
Tel: (408) 564-7020
E-mail: john@downinglaw.com

Attorney for Debtor
CECILIA MANGAOANG

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

In re:

CECILIA MANGAOANG

    Debtor.

Case No.: 18-52245
Chapter 13

Court: Hon. M. Elaine Hammond

**_EX PARTE_ MOTION TO WITHDRAW AS ATTORNEY OF RECORD [DECLARATION]**

**TO DEBTOR CECILIA MANGAOANG, THE CHAPTER 13 TRUSTEE, AND ALL PARTIES IN INTEREST:**

For the reasons stated in the following declaration, John Downing, counsel of record for Debtor CECILIA MANGAOANG ("Debtor") hereby applies *ex parte* for an order permitting him to withdraw as counsel of record and for Debtor to substitute *in propria persona*. Debtor's contact information is:

Cecilia Mangaong
2901 Capewood Road
San Jose, CA 95132
Tel.: (408) 876-9950
Email: armida13mangaoang@gmail.com

# DOWNING DECLARATION

I, JOHN G. DOWNING, declare:

1. I am an attorney licensed to practice law before all of the Courts of the State of California and admitted to practice before the United States District Court for the Northern District of California. I am currently attorney of record for Debtor herein.

2. I previously represented Debtor in Case Number 17- 50208. In that case, on January 11, 2018, relief from stay was granted as a result of Debtor not making any mortgage payments as required by the operative Chapter 13 Plan. The case was subsequently dismissed based on failure to prove sufficient income to fund a plan.

3. On November 2, 2019, there was a hearing on Debtor's Motion to Extend the Automatic Stay. The Court denied the Motion to Extend the Automatic Stay and I am informed and believe that Debtor's residence was foreclosed on November 5, 2018.

4. There is a hearing set on the Chapter 13 Trustee's Motion to Dismiss set for January 9, 2019 at 9:30 a.m.. It is based on Debtor's failure to make plan payments. On January 8, 2019, Debtor filed an amended Chapter 13 Plan, which reduced the plan payments to $800. I learned of the filing this on January 9, 2019. I do not believe the amended plan conforms with applicable Bankruptcy Law.

5. On January 9, 2019, I also received a "Revocation of Power of Attorney". The schedules and plans I prepared for Debtor did provide for both the 1st and 2nd loans and a basis for reorganization, if the stay had been extended. I do agree that unreconcilable conflict of interest has arisen which precludes my continued representation in this matter.

6. On January 10, 2019 at 7 a.m., I have provided a copy of this Motion via email to Debtor at armida13mangaoang@gmail.com and her son Robinson at digitalworldpay.8@gmail.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and of my own personal knowledge and executed on January 10, 2019 in San Jose, California.

_____
John G. Downing

**Motion to Withdraw**
*In re: Mangaoang* (Case No. 18-52245)　　　　　　　　　　　　　　　　　　　　　　　Page 3

Case: 18-52245    Doc# 72    Filed: 01/10/19    Entered: 01/10/19 07:23:29    Page 3 of 3