Entered on Docket
March 25, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



DEVIN DERHAM-BURK, ESQ. #104353
CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE, ESQ. #256514
NANETTE DUMAS, ESQ. #148261
JANE Z. BOHRER, ESQ. #243692
P.O. BOX 50013
SAN JOSE, CA 95150-0013
TELEPHONE: (408) 354-4413
FACSIMILE: (408) 354-5513

The following constitutes the order of the Court.
Signed: March 25, 2019

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

CECILIA P. MANGAOANG,

Debtor.

CHAPTER 13 CASE NO. 18-52245 MEH

ORDER DISMISSING CASE

Date: March 21, 2019
Time: 9:30 a.m.
Place: 280 S. First Street, Courtroom 3020
San Jose, CA 95113
Judge: The Hon. M. Elaine Hammond

A hearing on the Motion To Dismiss Case Pre-Confirmation Pursuant To 11 U.S.C. § 1307(c) [Docket #78] (the "Motion"), filed January 16, 2019 by Devin Derham-Burk, the Standing Chapter 13 Trustee (the "Trustee"), was held in this case on March 21, 2019 at 9:30 a.m. Appearances were noted in the record. Based on the record before the Court, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1) The Motion is granted;

2) This case is dismissed without prejudice;

3) After payment of allowed adequate protection payments, if any, and administrative costs or fees, the Trustee shall return to the above-captioned debtor (the "Debtor") any remaining

balance of the Debtor's funds on hand;

4) Notwithstanding the dismissal of the case, the Trustee shall remit to the Clerk of the Court funds from any previously disbursed checks that remain un-cashed;

5) The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court; and

6) Notice of the dismissal shall be served upon all parties by the Clerk of the Court.

**\*\*\* END OF ORDER \*\*\***

# **COURT SERVICE LIST**

Case Name: In re Mangaoang

Case No.: 18-52245 MEH

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

**Cecilia P. Mangaoang**
2901 Capewood Lane
San Jose, CA 95132.